Dismissed and Memorandum Opinion filed May 6, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00061-CV

____________

 

MAHBOBA AHMED, Appellant

 

V.

 

HOSSEIN MASHCOR, Appellee

 



 

On Appeal from the 334th District Court

Harris County, Texas

Trial Court Cause No. 2007-09275

 



 

M E M O R
A N D U M   O P I N I O N

This appeal is from a judgment signed October 16, 2009.  The
record was due February 15, 2010.  See Tex. R. App. P. 35.1(a).  On
February 22, 2010, appellant requested and was granted a thirty-day extension
of time to file the record.  On March 30, 2010, the clerk of this court
notified the parties and the district clerk that the clerk=s record had not been filed.  The district
clerk’s office then informed this court that appellant did not make
arrangements to pay for the record.  

On April 12, 2010, notification was transmitted to all
parties of the court’s intention to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).  No
response was filed.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Yates and Boyce.